# IN THE SUPREME COURT OF THE STATE OF NEVADA

KWAME ANIR SAAFIR,
     Appellant,
   vs.
CITY OF LAS VEGAS,
     Respondent.

No. 80593

**FILED**

MAR 1 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a district court order affirming a municipal court conviction and remanding for further proceedings. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) ("[M]unicipal court conviction is not subject to further review by this court."). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.[1]

          _____, J.
          Gibbons

_____, J.      _____, J.
Stiglich            Silver

---

[1]Given this dismissal, this court takes no action in regard to the document filed on March 5, 2020.

cc:    Hon. Richard Scotti, District Judge
       Kwame Anir Saafir
       Attorney General/Carson City
       Las Vegas City Attorney
       Eighth District Court Clerk